JEAN ADLER, Respondent, *v.* LIBIT CHEMICAL Co., INC., Appellant.*

Supreme Court, Appellate Term, Second Department, March 6, 1931.

*Samuel Zinman* [*Vita Lipschultz* with him on the brief], for the appellant.

*Shepard Broad,* for the respondent.

PER CURIAM. Order unanimously reversed upon the law, with ten dollars costs and taxable disbursements, and motion remitted

---

* See, *contra*, *Thomas* v. *Koeppen* (136 Misc. 346).

to the court below for consideration and decision upon the merits. Where a bill of particulars has been ordered and the bill served does not comply with some or all of the requirements of the order, it may be returned and thereupon a motion for a preclusion may be made. (*de Gumoens* v. *Equitable Trust Co.*, 211 App. Div. 399; *Hurtog* v. *Lewis*, 200 id. 649; *Witschieben* v. *Glynn*, 156 id. 193.)

All concur. Present, CROPSEY, MACCRATE and LEWIS, JJ.